**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FEB 27 2023 PM 2:38
FILED - USDC - BPT - CT

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Timothy C. Monroe          Case No. _____

v.                                    (To be supplied by the Court)

New Neighborhoods. INC.
City of Bridgeport.
State of Connecticut
Department of Corrections
Hud Equal opportunites "Housing"

Full names of Defendant(s)  (see ATTached)
(Do not use *et al.*)

**A. PARTIES**

1. Timothy C. Monroe is a citizen of United STATes who
   (Plaintiff)                                (State)  CT.
   presently resides at Eleanor-Franklin Apts. - 695 Park Ave. #416
                        (mailing address)

2. Defendant New Neighborhoods INC is a citizen of ___CT.___
              (name of first defendant)                    (State)
   whose address is 76 Progress Dr. Suite 140
                    Stamford, CT. 06902

"A. Parties"

Hud Equal opportunities Housing
State of Connecticut
Deptartment of Corrections

3. Defendant City of Bridgeport is a citizen of ___CT.___
   (name of second defendant)                      (State)

whose address is _____Congress Ave._____.

(If more space is needed to furnish the above information for additional defendants,
continue on a blank sheet which you should label "A. PARTIES."  Be sure to include
each defendant's identity and complete address.)

**B. JURISDICTION**
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.

Fraud that amounts in the multi millions or better. Housing discrimination; sexual Harrassment; Race discrimination; Health Dept; hindering a safe envirement; building enforcement code violations pertaining to health safety issues. Refusing to have dwelling properly inspected. Police and fire dept. harrassment.

Bank Fraud; mail Fraud By New Neighborhoods, INC. (I.E.) mirela Aleksandrova — John Giovannucci

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: Human Rights violations from 1964, ongoing.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

murder attempts by New Neighborhoods Governor Ned Lemont headquarters. "methane Gas" involved; (I.E.) Department of corrections; (I.E.) Garner Correctional Institute. (Georgetown, CT.)

Claim II: _____

Supporting Facts:

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

## F. JURY DEMAND

Do you wish to have a jury trial? Yes          No

"Self Represented"
Original signature of attorney (if any)

Timothy C. Monroe
Plaintiff's Original Signature

Timothy C. Monroe
Printed Name

Printed Name  Timothy C. Monroe

(  )
Attorney's full address and telephone

(475 283-8551
Plaintiff's full address and telephone

Email address if available

Email address if available
monroetimothy55@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Lafayette BLVD. on  2/27/2023.
　　　　　　(location)　　　　　　　　(date)

Timothy C. Monroe
Plaintiff's Original Signature

(Rev.3/29/16)

5